## Commonwealth *v.* Johnson, Appellant.

Submitted March 10, 1975. *Clarence B. Turns, Jr.,* Assistant Public Defender, and *Richard D. Walker,* Public Defender, for appellant; *Marion E. MacIntyre,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.


## Commonwealth *v.* Kauffman, Appellant.

Submitted March 10, 1975. *Gary E. Hartman,* Assistant Public Defender, and *Robert E. Campbell,* Public Defender, for appellant; *Oscar F. Spicer,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.